# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv321

| | | |
|---|---|---|
| SCREEN GEMS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| MICHAEL HESS, an individual, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the court on the court's Motion for Case Status. Having considered the court's motion and reviewed the pleadings, and it appearing that plaintiff has since January 16, 2008, taken no action in furtherance of entry of a default judgment, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED,** and plaintiff shall either move for entry of judgment by February 29, 2008, or the undersigned will recommend that this action be dismissed for lack of prosecution.

Signed: February 20, 2008

Dennis L. Howell
United States Magistrate Judge